# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00291-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>ONE 2014 FORD F-150 XLT CREW )<br>CAB )<br>(VIN: 1FTFW1ET4EKE76300), )<br> )<br>Defendant. | **ORDER AND JUDGMENT OF DEFAULT** |

**THIS MATTER** is before the Court on the Government's Motion for Default Judgment [Doc. 6].

For reasons stated in the Government's Motion and no further response being necessary, the Court will grant the Motion.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Government's Motion for Default Judgment [Doc. 6] against the **DEFENDANT PROPERTY**:

> **One 2014 Ford F-150 XLT Crew Cab (VIN: 1FTFW1ET4EKE76300)**

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world. Any right,

title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: March 12, 2018

Martin Reidinger
United States District Judge